UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MALEE PRICE,

Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

Defendant.

Case No. C09-5506RJB-KLS

ORDER ADOPTING REPORT AND RECOMMENDATION AND AFFIRMING DECISION OF THE COMMISSIONER OF SOCIAL SECURITY

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge (Dkt. 19), objections to the report and recommendation (Dkt. 20), and the remaining record, does hereby find and **ORDER**:

(1) The magistrate judge carefully and thoroughly evaluated the record and the relevant legal authority. Further, the magistrate judge addressed in the Report and Recommendation all of the issues raised in plaintiff's objections. The court concurs with the reasoning and recommendations of the magistrate judge. The court **ADOPTS** the Report and Recommendation (Dkt. 19).

(2) The administrative decision is **AFFIRMED.**

(3) The Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel and Magistrate Judge Karen L. Strombom.

DATED this 10th day of December, 2010.

ROBERT J. BRYAN
United States District Judge