# United States District Court

WESTERN DISTRICT OF WASHINGTON

MALEE PRICE

**JUDGMENT IN A CIVIL CASE**

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

CASE NUMBER: C09-5506RJB/KLS

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The magistrate judge carefully and thoroughly evaluated the record and the relevant legal authority. Further, the magistrate judge addressed in the Report and Recommendation all of the issues raised in plaintiff's objections. The Court concurs with the reasoning and recommendations of the magistrate judge. The court **ADOPTS** the Report and Recommendation (Dkt. 19).

The administrative decision is **AFFIRMED**.

December 13, 2010                                                           WILLIAM M. McCOOL
                                                                                                Clerk

                                                                                    *s/CM Gonzalez*
                                                                                Deputy Clerk